# Exhibit 5



10 Penn Center
1801 Market Street
Suite #2701
Philadelphia, PA
19103

| | |
|---|---|
| **Customer Account** | Lone Star Demand Response |
| **Settlement Payment Date** | |
| **Settlement Peiod** | March-2021 |
| **Settlement Address** | Lone Star Demand Response |
| | Attention : Keith Vauquelin |
| | 1079 West Round Grove Road, |
| | Lewisville, Texas, 75607 |
| **Phone** | 927-887-1691 |
| **eMail** | Keith@lonestardemandresponse.com |

| Market Revenue | MWH | Average Credit To Client | Total |
|---|---|---|---|
| RRS | 504.00 | $28.4666508 | $14,347.19 |

| Cost Recovery | |
|---|---|
| RRS Net to Client | $14,347.19 |
| RRS Net to Lone Star Demand Response | $1,122.82 |
| RRS Net to VESI | $124.76 |
| ERS Payment | $0.00 |
| **Net Credit Before Cost Recovery** | **$15,470.02** |
| Vpower License Fee | ($500.00) |
| Settlement Termination Fee | ($2,500.00) |
| Operating Service Fee | ($8,750.00) |
| **Net Credit After Cost Recovery** | **$3,720.02** |
| February 2021 Performance Assurance* | ($3,012,798.26) |
| **Total due to VESI:** | **($3,009,078.25)** |

Notes*
February 2021 Performance Assurance is calculated as the net amount of February's Real Time Imbalance charges and January and February's withheld Net Credit.

| Accounting for Vpower Licenses | | |
|---|---|---|
| Monthly Customer Settlement Contract Termination Fee | $ | 2,500.00 |
| Onboarding Fee | $ | - |
| March 2021 Vpower Billing for 4 active sites @ $125 | $ | 500.00 |
| **Total** | **$** | **(3,000.00)** |

| Performance Assurance Breakdown | | |
|---|---|---|
| February Real Time Imbalance Charges | | -$3,383,936.97 |
| January Net Credit Settlement | | $269,666.14 |
| Februay Net Credit Settlement | | $101,472.56 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | -$3,012,798.26 |