UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| VIRIDITY ENERGY SOLUTIONS, INC. | § § § |
| v. | §   CIVIL NO. 4:21-CV-419-SDJ § |
| LONE STAR DEMAND RESPONSE, LLC | § § § |

## DEFAULT JUDGMENT

This matter was before the Court on Plaintiff Viridity Energy Solutions, Inc.'s Request for Clerk's Entry of Default Judgment Against Defendant Lone Star Demand Response, LLC, (Dkt. #9), which sought entry of a default judgment awarding Viridity damages. The Court granted the motion, concluding that Viridity is entitled to default judgment on its claim for breach of contract.

It is therefore **ORDERED, ADJUDGED, and DECREED** that Defendant Lone Star Demand Response, LLC, is liable for, and Viridity is entitled to recover, actual damages in the amount of $3,008,089.74 and postjudgment interest at the rate prescribed by 28 U.S.C. § 1961, compounding annually and accruing from the date of this judgment until the judgment is satisfied.

It is further **ORDERED** that the Clerk will tax court costs against Lone Star, provided that Viridity files a bill of costs as required by Local Rule CV-54(a).

It is further **ORDERED** that all relief not specifically granted herein is **DENIED**. This is a final judgment, which disposes of all claims and causes of action.

2

**So ORDERED and SIGNED this 12th day of July, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE